Kangrga v. Gjorev, et al.
2017 MT 240N
DA 16-0648
Affirmed
09/26/17
Dist 4 (Missoula)